Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 5 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIO A. MIRABAL,<br><br>Defendant. | 2:21-CR-57-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 844(i)<br>Damage by Fire to Building Used in Interstate and Foreign Commerce<br><br>18 U.S.C. §§ 982, 844, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about March 18, 2021, in the Eastern District of Washington, the Defendant, RIO A. MIRABAL, did maliciously damage, by means of fire, the building and real property known as the St. Charles Parrish and School, located at 4515 North Alberta Street, Spokane, Washington, which real property and building was used in interstate and foreign commerce, and in an activity affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of the offense in violation of 18 U.S.C. § 844, set forth in this Indictment, the Defendant, RIO A. MIRABAL, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

DATED this 5 day of May 2021.

A TRUE BILL

Foreperson

Joseph H. Harrington
Acting United States Attorney

Russell E. Smoot
Assistant United States Attorney

INDICTMENT – 2