Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIO A. MIRABAL,<br><br>Defendant. | 2:21-CR-00057-RMP-1<br><br>United States' Notice of Review of PSR |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, submits the following Notice of Review of draft Presentence Investigation Report.

The United States has reviewed the draft Presentence Investigation Report (PSR) prepared by United States Probation Officer Cassie Lerch, filed on

United States' Notice of Review of PSR - 1

December 27, 2022. ECF No. 57. The United States has no additions, objections or corrections based upon information currently available.

    Dated: January 4, 2023.

                                        Vanessa R. Waldref
                                        United States Attorney

                                        *s/ Timothy J. Ohms*
                                        Timothy J. Ohms
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Defendant, via counsel.

<div style="text-align: right;">

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

</div>