Rebecca S. (Mirabal) Aase

4 JAN 2023

RE: RIO A. MIRABAL

To Whom It May Concern:

I was one of the first people to meet and hold my nephew, Rio, when he was born. I held him even before his mother had a chance because she was still being worked on post C-section. Amazingly, Rio could already hold his head up, his eyes were wide open taking in all of his surroundings.

Rio's curiosity continued through childhood. He was always interested in how things worked and enjoyed taking apart and reassembling various items around the house. Rio is very smart, good with math and science. Rio was a very happy and loving little guy.

Something changed during adolescence. Rio's personality was completely different; he had unrealistic ideas and you could often look into his eyes and he seemed distant. He once ran into the house claiming my daughter was being kidnapped by "some lady," but it was just me playing with her. He did not recognize me. It was very clear that he was in need of mental health evaluation and treatment. His decision making was seriously affected by this and it was very atypical of his usual behavior.

I speak with Rio quite often on the phone now that he is receiving treatment. The change in his personality reminds me of his younger self. Rio seems like he is thinking much more clearly. He expresses concern for his Grandpa's health and makes plans to visit him in the future. Rio has told me of his plans to get his GED and go through HVAC training, so he can support himself after incarceration. He actually seems hopeful!

It's so wonderful and such a huge relief to hear Rio speak with clarity and promise for his future. I often run into people on the sidewalks of our small-town that know Rio and send him well wishes. Rio has a big family and support system that are here for him and hope for his success. I ask you to please consider these things when you assign sentencing and treatment for Rio.

Thank you for your time and consideration.

Respectfully,

Rebecca Shawn Aase

Case 2:21-cr-00057-RMP    ECF No. 61    filed 01/04/23    PageID.223    Page 2 of 2