Sun, Sep 25, 2022 at 10:43 AM

To whoever it may concern

I am Rio Mirabal's grandmother. He has always been a part of my life and a blessing to me. I am so sorry he caused the fire at the church that damaged so much and disrupted the lives of so many people. I wished I could have prevented it!
His early years, he was a good student and had a healthy normal childhood but things started changing in middle school. He was hanging out with different kids, losing interest in his normal activities, skipping classes and failing school. He started running away from home and experimenting with drugs. As he got older, he became paranoid and talked about people chasing and trying to harm him. He wasn't eating or sleeping well, and his mother took him to a doctor, but Rio would not follow through with any of the treatment or recommendations. As he got older the behavior got worse and the drug use increased. He was more paranoid and hearing and seeing things no one else could. We trying getting help for him, but until he threatened to harm himself no help was available. He was then taken to a mental health facility on a 10-day hold. He was diagnosed with schizophrenia, was released early with a prescription that he didn't fill. This pattern continued for years...in and out of facilities, then he would come home until I brought up treatment and he would get angry and take off again. I would not hear from him for long periods of time, not knowing if he was safe or even alive.
I know mental illness and drug use often go hand in hand. I hope he can be sent to a facility that has programs to help him and prepare him to becoming a functional adult when he is released.
I love Rio so much and still see him accomplishing good things. I want him to have the life he deserves and I will be here to support him in every way I can as long as I am able. I have moved to a small town in Wyoming to be near Rios family and would like him closer but the most important thing is getting him the resources he needs.

Thank you
Sherry Broadfoot Mirabal