January 7, 2023

To whom it may concern,

I am writing on behalf of Rio Mirabal. I have been a family friend for over 40 years.

I was shocked, disheartened, angry, and terribly sad, when I learned of the crime that Rio had committed. I knew that Rio had been struggling with mental health issues for quite sometime, but getting an adult (as he was) to except the help needed is not an easy task. There were many attempts. As you are aware that the mix of drugs, and very poor mental health can do so much damage.

Strip away the drugs, and poor mental health, you would see that Rio has an incredibly good good heart, is kind, and has much to contribute.

I suppose I am writing this letter to hopefully get the mental health piece seriously looked into and for Rio to be set up for success rather than failure. Rio is worth putting forth all efforts to get him the help he needs.

I hope in considering his sentencing, that you take all this into consideration, and give to Rio what is deserved, but also what will get him back home to his family with a strong mental health piece attached.

Thank you for your consideration.

Ellen Yones

